UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH ANTHONY REYNA,
Plaintiff,

v.

NISSAN NORTH AMERICA, INC.,
Defendant.

Case No. 26-cv-00472-SVK

**ORDER FOR ISSUANCE OF SUMMONS AND SERVICE**

**ORDER RE PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

**ORDER REGARDING PLAINTIFF'S OTHER PENDING MOTIONS AND FILINGS**

Re Dkt. Nos. 16, 17, 18, 19, 20, 21

In January 2026, self-represented Plaintiff Joseph Anthony Reyna filed a civil complaint (the "Complaint") and two applications for leave to proceed in forma pauperis ("IFP") seeking permission to proceed without paying ordinary court costs. Dkt. 1, 2, 4. In an order dated April 2, 2026, the Court granted Plaintiff's IFP applications and screened the complaint. Dkt. 13 (the "screening order"). The screening order concluded that the original Complaint had failed to state a claim, but the Court granted Plaintiff leave to amend the complaint to attempt to address the deficiencies identified in the original screening order. *Id.* Thereafter, Plaintiff timely filed a First Amended Complaint (Dkt. 16 - the "FAC") as well as an addendum thereto (Dkt. 17).

**ORDER FOR ISSUANCE OF SUMMONS AND SERVICE ON DEFENDANT**

Having now screened the FAC under 28 U.S.C. § 1915, the Court **ORDERS** the Clerk of Court to issue the summons and **ORDERS** the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the Complaint, FAC, any amendments

United States District Court
Northern District of California

or attachments, Plaintiff's affidavit, and this order upon Defendant. The Court **DIRECTS** the U.S. Marshal's attention to Plaintiff's letter at Dkt. 19, which contains address information for Defendant.

**ORDER RE PLAINTIFF'S NOTICE OF CHANGE OF ADDRESS**

The Court **ORDERS** the Clerk of Court to update Plaintiff's address on the docket as set forth in his Notice of Change of Address in Dkt. 20, which states that his apartment/suite number has changed.

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE**

An Initial Case Management Conference will be held by video on **November 10, 2026 at 9:30 a.m**. A Joint Case Management Statement is due **November 3, 2026**.

**ORDER ON PLAINTIFF'S OTHER PENDING MOTIONS AND FILINGS**

Also before the Court are: (1) Plaintiff's consolidated motion for ADA reasonable accommodation and other relief (Dkt. 18 – the "Consolidated Motion"): and (2) Plaintiff's "Notice of Post-Complaint Corporate Conduct and Concurrent Multi-Agency Regulatory Actions" (Dkt. 21). Having reviewed these documents, the Court **FURTHER ORDERS**:

1 **Dkt. 18 – Consolidated Motion:** The Court **ORDERS** as follows with respect to the four forms of relief sought in Plaintiff's Consolidated Motion:

1.1 Plaintiff's request for an order permitting Plaintiff's participation by written submission in lieu of telephonic, video, or in-person appearance, with a minimum 14-day advance written notice by U.S. Mail of any deadline or hearing is **DENIED WITHOUT PREJUDICE.** As explained in the first screening order, the Court generally issues orders and communicates with the Parties in writing. If the Court sets a hearing in this case, Plaintiff can request accommodation at that time. Accordingly, the blanket order requested by Plaintiff is neither necessary nor appropriate at this time. This denial is without prejudice to Plaintif's ability to seek such an order in connection with particular proceedings in this case if warranted.

1.2 Plaintiff's request for an expedited ruling on his FAC is **DENIED AS MOOT**

because the Court has now screened the FAC and ordered service on Defendant as set forth above.

1.3 Plaintiff's request for an order that any briefing schedule afford Plaintiff a minimum of 30 days from the date any order or motion is received by U.S. Mail (rather than the date of electronic docketing) is **DENIED WITHOUT PREJUDICE**.

1.3.1 The Court will take Plaintiff's requests into account in setting deadlines in this case, but no blanket order is necessary at the time.

1.3.2 If in the future modification of a specific event or deadline is warranted, the Parties must file the procedures set forth in Civil Local Rule 6.

1.3.3 Plaintiff is encouraged to register as an e-filer so that he can receive notices and documents in this case by email. The technical requirements for and other information about e-filing can be found at: https://cand.uscourts.gov/cases-e-filing/cmecf-information/setting-your-cmecf-account

1.4 Plaintiff's request for an order that all proceedings be decided on the written papers without oral argument is **DENIED WITHOUT PREJUDICE**. The Court will determine whether oral argument is necessary in connection with specific motions and court proceedings. If the Court sets a hearing on a particular matter, Plaintiff can request accommodations at that time if warranted.

2 **Dkt. 21 – "Notice of Post-Complaint Corporate Conduct and Concurrent Multi-Agency Regulatory Actions."** Plaintiff's Notice states that it "creates a contemporaneous record of Defendant's data-disclosure conduct, the regulatory responses that conduct has triggered, and an independent federal product-safety inquiry bearing on Plaintiff's product liability claim." Dkt. 21 at 1. The Notice states that "[n]o ruling is sought at this time." *Id.* The Court accordingly takes no action on the Notice. However, the Court cautions Plaintiff that discovery materials and evidence collected by the Parties generally are not filed with the Court except in

United States District Court
Northern District of California

connection with particular motions, trial, or other Court proceedings. The Court may strike future filings that are not in accordance with the Federal Rules of Civil Procedure, this District's Civil Local Rules, or the undersigned's standing orders.

The Court reminds Plaintiff that the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice to pro se litigants in federal civil cases. The Federal Pro Se Program is available by appointment and on a drop-in basis. The Federal Pro Se Program is available at Room 2070 in the United States Courthouse in San Jose (Monday to Thursday 9:00 a.m.–4:00 p.m.) or by calling (408) 297-1480. In addition, the Court offers a pro se handbook free of charge; a copy may be downloaded from https://cand.uscourts.gov/pro-se-handbook/ or obtained from the Clerk's Office.

**SO ORDERED.**

Dated: July 15, 2026

SUSAN VAN KEULEN
United States Magistrate Judge